IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40397
Conference Calendar
_____


RICHARD G. KELLEY,

                                        Plaintiff-Appellant,

versus

HAROLD NIX & ASSOCIATES,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:95-CV-11
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Richard G. Kelley appeals the dismissal of his lawsuit for
lack of subject matter jurisdiction.  We have reviewed the
record, and we detect no error.  Accordingly, we affirm for
essentially the reasons given by the district court.  See Kelley
v. Harold Nix & Assocs., No. 5:95-CV-11 (E.D. Tex. Apr. 27,
1995).

    AFFIRMED.

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.